STATE of Missouri,
Plaintiff-Respondent,

v.

Rosalee Nell WISE, Defendant-Appellant.

No. WD 33206.

Missouri Court of Appeals,
Western District.

Sept. 20, 1983.

Robert A. Cox, Leslie Edwards, St. Louis, for defendant-appellant.

Diane Garber, Pros. Atty., Fulton, for plaintiff-respondent.

Before TURNAGE, P.J., and PRITCHARD, and KENNEDY, JJ.

### ORDER

PER CURIAM:

Rosalee Nell Wise was found guilty by a jury of trespassing in the first degree and punishment fixed as a fine to be assessed by the court. The court assessed a fine of $400 with $200 to be suspended and Wise placed on two years probation.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.

STATE of Missouri,
Plaintiff-Respondent,

v.

Craig BOUCHER, William Thomas Stiles, Mary Kathryn Stair, Edwin Peter Ruther, Rosemary Rieger, Maureene Helen O'Day, Joy Arlene Neuschafer, William Henry Miller, Roger Quentin Martin, Helene Eva Marker, Marya Katherine Liberman, David Gowler, Lisa Crandell Gerick, Jeanne Louise Fogler, Douglas Constance, Gary Byron Clemens, Daniel James Brogan, Defendants-Appellants.

No. WD 33207.

Missouri Court of Appeals,
Western District.

Sept. 20, 1983.

Robert A. Cox, Leslie Edwards, St. Louis, for defendants-appellants.

Diane Garber, Pros. Atty., Fulton, for plaintiff-respondent.

Before TURNAGE, P.J., and PRITCHARD, and KENNEDY, JJ.

### ORDER

PER CURIAM:

Consolidated appeal following a joint trial of 17 persons. Each person was found guilty of trespassing in the first degree and each was assessed punishment of 120 days confinement in the county jail and a fine of $400. The punishment was suspended except for 14 days confinement and a $200 fine and each was placed on two years probation.

Judgment in each case affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.